# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  2:14-cr-23-MHT** |
| | ) | (WO) |
| **STEPHANIE HAYNES AUSBAN, ET AL.** | ) | |

## O R D E R

It is CONSIDERED, ORDERED, ADJUDGED and DECREED by the court that the motion to dismiss the indictment (doc. no. 216) is granted and the indictment (doc. no. 1) is dismissed without prejudice.

DONE, this the 5th day of January, 2015.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE