IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:14cr023-MHT |
| | ) | (WO) |
| STEPHANIE HAYNES AUSBAN; | ) | |
| PHILLIP EDWARD BURGIN; | ) | |
| WILLIAM THOMAS CRANE II; | ) | |
| JONATHAN WADE MILLER; | ) | |
| ALBERTO TREJO; and | ) | |
| WILLIAM THOMAS CRANE | ) | |

**O R D E R**

It is ORDERED that the government's motion to strike the forfeiture allegation from the superseding indictment (doc. no. 215) is granted.

DONE, this the 5th day of January, 2015.

　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE